**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
WILLIAM REILLY - State Bar No. 177550
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430
amartin@rimacmartin.com

Chambers Copy E-filed - 9/23/10
Case No. 2:10-cv-02222-JAM-KJM
Honorable Judge John A. Mendez

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA;
PROVIDENT LIFE AND ACCIDENT INSURANCE
COMPANY AND UNUM GROUP, INC.

ERIC J. RATINOFF, SBN 166204
JOHN R. PARKER, JR. SBN 257761
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue Sacramento, CA 95864
(916) 448-9800
(916) 669-4499 Facsimile

MICHAEL HORROW, SBN 162917
Donahue & Horrow, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, CA 90245
(310) 322-0300
(310) 322-0302 Facsimile

Attorneys for RICHARD, NELSON
and SANDRA NELSON

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NELSON and SANDRA NELSON, <br><br> Plaintiffs, <br><br> vs. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUM GROUP; PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 through 25, inclusive, <br><br> Defendants. | CASE NO. 2:10-cv-02222-JAM-KJM <br><br> **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT PURSUANT TO LOCAL RULE 144(A)** |

-1-

**STIPULATION RE PLEADINGS**                                    **CASE NO. 2:10-cv-02222-JAM-KJM**

1   IT IS HEREBY STIPULATED by and between the plaintiffs RICHARD NELSON and SANDRA NELSON and defendants UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUM GROUP; PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, through their respective counsel of record that defendants shall have through and including December 24, 2010 to answer or otherwise respond to the complaint.

GOOD CAUSE EXISTS for this continuance as the parties have agreed to complete a mediation with Robert Kaplan on December 8, 2010, the first available date for all parties and the mediator. The parties wish to defer all legal costs in the hopes that they can settle the issues raised herein at the December 8, 2010 mediation

RIMAC MARTIN, P.C.

DATED: September 23, 2010    By:    **/S/ WILLIAM REILLY**
WILLIAM REILLY
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUM GROUP; PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY

**DONAHUE & HORROW, LLP**

DATED: September 23, 2010    By:    **/S/ MICHAEL HORROW**
MICHAEL HORROW
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: September 23, 2010.    /s/ John A. Mendez
The Honorable John A. Mendez
UNITED STATES DISTRICT JUDGE