1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN - State Bar No. 154279
2  WILLIAM REILLY - State Bar No. 177550
   1051 Divisadero Street
3  San Francisco, California 94115
   Telephone (415) 561-8440
4  Facsimile (415) 561-8430
   amartin@rimacmartin.com
5

6  Attorneys for Defendants
   UNUM LIFE INSURANCE COMPANY OF AMERICA;
7  PROVIDENT LIFE AND ACCIDENT INSURANCE
   COMPANY AND UNUM GROUP, INC.

8  ERIC J. RATINOFF, SBN 166204
   JOHN R. PARKER, JR. SBN 257761
9  KERSHAW CUTTER & RATINOFF LLP
   401 Watt Avenue Sacramento, CA 95864
10 (916) 448-9800
   (916) 669-4499 Facsimile
11

12 MICHAEL HORROW, SBN 162917
   Donahue & Horrow, LLP
13 1960 E. Grand Ave., Suite 1215
   El Segundo, CA 90245
14 (310) 322-0300
   (310) 322-0302 Facsimile

15 Attorneys for RICHARD,NELSON
   and SANDRA NELSON
16

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NELSON and SANDRA NELSON,) | CASE NO. 2:10-cv-02222-JAM-KJM |
| Plaintiffs, ) | |
| vs. ) | **JOINT STIPULATION AND ORDER TO CONTINUE DATE IN WHICH TO FILE JOINT STATUS REPORT** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUM GROUP; PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY;  and DOES 1 through 25, inclusive, ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between the plaintiffs RICHARD NELSON and

-1-

**JOINT STIP. & ORDER**          **CASE NO. 2:10-cv-02222-JAM-KJM**

1  SANDRA NELSON and defendants UNUM LIFE INSURANCE COMPANY OF AMERICA;
2  UNUM GROUP; PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, through
3  their respective counsel of record that defendants shall have through and including January 7,
4  2011  to file their joint status report.

     GOOD CAUSE EXISTS for this continuance as the parties have agreed to complete a mediation with Robert Kaplan on December 8, 2010.  The parties wish to conserve judicial and legal resources through focusing their efforts on mediation, before fully activating the litigation. To that end, the parties would like to file their Joint Status Report on January 7, 2011.

     Respectfully submitted,

                         RIMAC MARTIN, P.C.

DATED:  October 18, 2010         By:    **/s/ ANNA M. MARTIN**
                                               ANNA M. MARTIN
                                               WILLIAM REILLY
                                               Attorneys for Defendants
                                               UNUM LIFE INSURANCE COMPANY OF
                                               AMERICA; UNUM GROUP; PROVIDENT LIFE
                                               AND ACCIDENT INSURANCE COMPANY

                                               **DONAHUE & HORROW, LLP**

DATED:  October 18, 2010         By:    **/s/ MICHAEL HORROW**
                                               MICHAEL HORROW
                                               Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED:   October 18, 2010          /s/ John A. Mendez
                                            The Honorable John A. Mendez
                                            UNITED STATES DISTRICT JUDGE