1  **RIMAC MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
2  WILLIAM REILLY - State Bar No. 177550
1051 Divisadero Street
3  San Francisco, California 94115
Telephone (415) 561-8440
4  Facsimile (415) 561-8430
amartin@rimacmartin.com
5

6  Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA;
7  PROVIDENT LIFE AND ACCIDENT INSURANCE
COMPANY AND UNUM GROUP, INC.

8  ERIC J. RATINOFF, SBN 166204
JOHN R. PARKER, JR. SBN 257761
9  KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue Sacramento, CA 95864
10  (916) 448-9800
(916) 669-4499 Facsimile
11

12  MICHAEL HORROW, SBN 162917
Donahue & Horrow, LLP
13  1960 E. Grand Ave., Suite 1215
El Segundo, CA 90245
14  (310) 322-0300
(310) 322-0302 Facsimile

15  Attorneys for RICHARD, NELSON
and SANDRA NELSON
16

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NELSON and SANDRA NELSON,) ) Plaintiffs, ) ) vs. ) ) UNUM LIFE INSURANCE COMPANY OF ) AMERICA; UNUM GROUP; PROVIDENT ) LIFE AND ACCIDENT INSURANCE ) COMPANY; and DOES 1 through 25, ) inclusive, ) ) Defendants. ) | CASE NO. 2:10-cv-02222-JAM-KJM  **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT PURSUANT TO LOCAL RULE 144(A) AND TO FILE JOINT STATUS REPORT** |

-1-
STIP. RE PLEADINGS & JOINT STATUS REPORT          CASE NO. 2:10-cv-02222-JAM-KJM

1

2  IT IS HEREBY STIPULATED by and between the plaintiffs RICHARD NELSON and
3 SANDRA NELSON and defendants UNUM LIFE INSURANCE COMPANY OF AMERICA;
4 UNUM GROUP; PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, through
5 their respective counsel of record that defendants shall have through and including March 1,
6 2011 to answer or otherwise respond to the complaint and the parties shall have until on or
7 before March 15, 2011 to file a Joint Status Report.
8  GOOD CAUSE EXISTS for this continuance as the parties have been engaged in
9 successful settlement discussions, which at minimum have reduced the issues in the litigation.
10 Furthermore, the mediation with Robert Kaplan that the parties agreed to complete on December
11 8, 2010, was continued and will now be completed on or before March 1, 2011.  The parties wish
12 to defer all legal costs in the hopes that they can settle the issues raised herein at the mediation

14                                                     RIMAC MARTIN, P.C.

16 DATED: January 5, 2011         By:      /s/ **William Reilly**
                                          WILLIAM REILLY
                                          Attorneys for Defendants
17                                        UNUM LIFE INSURANCE COMPANY OF
                                          AMERICA; UNUM GROUP; PROVIDENT LIFE
18                                        AND ACCIDENT INSURANCE COMPANY

19
                                          **DONAHUE & HORROW, LLP**
20

21 DATED: January 5, 2011         By:      /s/ **Michael Horrow**
                                          MICHAEL HORROW
22                                        Attorneys for Plaintiffs

23
            IT IS SO ORDERED.
24

25
   DATED: 1/5/2011                        /s/ John A. Mendez
26                                        The Honorable John A. Mendez
                                          UNITED STATES DISTRICT JUDGE
27

28