**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
WILLIAM REILLY - State Bar No. 177550
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430
amartin@rimacmartin.com

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA;
PROVIDENT LIFE AND ACCIDENT INSURANCE
COMPANY AND UNUM GROUP, INC.

ERIC J. RATINOFF, SBN 166204
JOHN R. PARKER, JR. SBN 257761
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue Sacramento, CA 95864
(916) 448-9800
(916) 669-4499 Facsimile

MICHAEL HORROW, SBN 162917
Donahue & Horrow, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, CA 90245
(310) 322-0300
(310) 322-0302 Facsimile

Attorneys for RICHARD NELSON
and SANDRA NELSON

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NELSON and SANDRA NELSON,<br><br>Plaintiffs,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUM GROUP; PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:10-cv-02222-JAM-KJM<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE AND BRIEFING SCHEDULE RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Orig. Hrg. Date:   June 1, 2011<br>Proposed Hrg. Date:   June 15, 2011 |

---

-1-

**STIP. TO CONTINUE HEARING DATE**           **CASE NO. 2:10-cv-02222-JAM-KJM**

IT IS HEREBY STIPULATED by and between the plaintiffs RICHARD NELSON and SANDRA NELSON and defendants UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUM GROUP; PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, through their respective counsel of record that the hearing date for defendants' motion for summary judgment or, in the alternative, for partial summary judgment, be continued from June 4, 2011 **to June 15, 2011.** The parties further stipulate that the briefing schedule be adjusted accordingly.

GOOD CAUSE EXISTS for this continuance as the parties have scheduled a mediation on June 4, 2011. The parties wish to defer further legal costs in the hopes that they can settle the issues raised herein at mediation.

RIMAC MARTIN, P.C.

DATED: May 9, 2011     By:     /s/ ANNA M. MARTIN
                                ANNA M. MARTIN
                                Attorneys for Defendants
                                UNUM LIFE INSURANCE COMPANY OF
                                AMERICA; UNUM GROUP; PROVIDENT LIFE
                                AND ACCIDENT INSURANCE COMPANY

**DONAHUE & HORROW, LLP**

DATED: May 9, 2011     By:     _____
                                MICHAEL HORROW
                                Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED:     May 9, 2011          /s/ John A. Mendez
                                The Honorable John A. Mendez
                                UNITED STATES DISTRICT JUDGE

-2-

**STIP. TO CONTINUE HEARING DATE**     CASE NO. 2:10-cv-02222-JAM-KJM