ERIC J. RATINOFF – SBN 166204
JOHN R. PARKER, JR. – SBN 257761
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, CA  95864
Telephone: 916-448-9800
Facsimile: 916-669-4499

MICHAEL B. HORROW – SBN 162917
DONAHUE & HORROW LLP
1960 E. Grand Ave., Suite 1215
El Segundo, CA  90245
Telephone: 310-322-0300
Facsimile: 310-322-0302
Email: mhorrow@donahuehorrow.com

Attorneys for Plaintiffs
RICHARD NELSON AND SANDRA NELSON

ANNA M. MARTIN – SBN 154279
WILLIAM REILLY – SBN 177550
RIMAC MARTIN PC
1051 Divisadero Street
San Francisco, CA  94115
Telephone: 415-561-8440
Facsimile: 415-561-8430

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA,
PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, and UNUM GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NELSON and SANDRA NELSON,<br><br>    Plaintiffs,<br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUM GROUP; PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 through 25, inclusive,<br>    Defendants. | Case No. 10-cv-02222-JAM-KJM<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |

1
STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER
CASE NO. 10-cv-02222-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between plaintiffs RICHARD NELSON AND SANDRA NELSON and defendants UNUM LIFE INSURANCE COMPANY OF AMERICA, PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and UNUM GROUP, INC., through their respective counsel of record, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The parties shall bear their own respective costs of suit.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System.  In this regard, counsel for defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiffs' counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

Respectfully submitted,

**KERSHAW CUTTER & RATINOFF LLP**

DATED: June 16, 2011        By:        /S/ Eric J. Ratinoff
                                       ERIC J. RATINOFF
                                       Attorneys for Plaintiffs
                                       RICHARD NELSON and SANDRA NELSON

**RIMAC  MARTIN PC**

DATED: June 16, 2011        By:        /S/ Anna M. Martin
                                       ANNA M. MARTIN
                                       Attorneys for Defendants
                                       UNUM LIFE INSURANCE COMPANY OF AMERICA, PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, and UNUM GROUP, INC.

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED.

DATED:  6/16/2011          /s/ John A. Mendez
                           The Honorable John A. Mendez
                           UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com